# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# BOSTON GARDEN

**Reg. No. 7,507,837**

**Registered Sep. 17, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Delaware North Companies, Inc. - Boston  (DELAWARE CORPORATION)
100 Legends Way
Boston, MASSACHUSETTS 02114

CLASS 35: Retail store services featuring clothing, hats and visors, sports clothing, sports equipment, sports team merchandise, sports memorabilia, pre-recorded videos, CDs and DVDs in the fields of sports and history, books, posters, calendars, beverage ware, bedding, toys, plush toys, figurines, and gifts

FIRST USE 10-00-2022; IN COMMERCE 10-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2823675, 1595311

SEC.2(F)

SER. NO. 88-573,318, FILED 08-09-2019

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# BOSTON GARDEN

**Reg. No. 6,623,366**

**Registered Jan. 18, 2022**

**Int. Cl.: 41, 43**

**Service Mark**

**Principal Register**

Delaware North Companies, Inc. - Boston  (DELAWARE CORPORATION)
100 Legends Way
Boston, MASSACHUSETTS 02114

CLASS 41: providing a facility in connection with entertainment events in the nature of musical performances, holiday activities, sports activities, dramatic performances and the like

FIRST USE 12-00-2018; IN COMMERCE 12-00-2018

CLASS 43: restaurant services

FIRST USE 12-00-2018; IN COMMERCE 12-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2823675, 1595311

SEC.2(F)

SER. NO. 88-983,099, FILED 08-09-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cls.: 16, 21, 25 and 41

Prior U.S. Cls.: 2, 38, 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,595,311
Registered May 8, 1990

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## BOSTON GARDEN

NEW BOSTON GARDEN CORPORATION (DELAWARE CORPORATION)
150 CAUSEWAY STREET
BOSTON, MA 02114

FOR: PRINTED MATERIALS, NAMELY BROCHURES AND CATALOGS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 11–0–1928; IN COMMERCE 11–0–1928.

FOR: NOVELTIES, NAMELY SOUVENIR DRINKING CUPS, IN CLASS 21 (U.S. CL. 2).

FIRST USE 10–0–1988; IN COMMERCE 10–0–1988.

FOR: SPORT CLOTHING, NAMELY TEE-SHIRTS AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 3–24–1988; IN COMMERCE 3–24–1988.

FOR: PROVIDING FACILITIES FOR AND PRODUCTION OF SPORT AND ENTERTAIN-MENT EVENTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 11–0–1928; IN COMMERCE 11–0–1928.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOSTON", APART FROM THE MARK AS SHOWN.

SER. NO. 73–814,643, FILED 7–25–1989.

AMOS T. MATTHEWS, JR., EXAMINING AT-TORNEY